**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00357-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Marc Liberts,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On March 14, 2006, the probation officer submitted a petition for early termination of supervised release in this case. On March 14, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on March 17, 2006, and the United States has not objected to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 24th day of March, 2006.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      United States District Judge